UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUC BURBON, and on behalf of all other persons similarly situated,

          Plaintiff,

-against-

FACTORY DIRECT TRAINS, INC.

          Defendant.
-------------------------------------------------------------------X

Case No.: 1:21-cv-01253 MKB-CLP

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, ERIKA H. ROSENBLUM, ESQ., hereby appears as counsel to FACTORY DIRECT TRAINS, INC., in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
      April 8, 2021

                                        KAUFMAN DOLOWICH & VOLUCK LLP
                                        *Attorneys for Defendant*

                                        Erika H. Rosenblum, Esq.
                                        135 Crossways Park Drive, Suite 201
                                        Woodbury, New York 11797
                                        T: (516) 681-1100
                                        F: (516) 681-1101
                                        E: erosenblum@kdvlaw.com